| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** | **Report Required by the Ethics in Government Act of 1978** |
|---|---|---|
| | **FOR CALENDAR YEAR 2004** | **(5 U.S.C. app. §§ 101-111)** |

| 1. Person Reporting (Last name, First name, Middle initial) COHN, AVERN L | 2. Court or Organization U.S. DISTRICT COURT-MICHIGAN | 3. Date of Report 04/30/05 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE-SENIOR | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ● Annual ◯ Final | 6. Reporting Period 01/01/04 to 12/31/04 |
| 7. Chambers or Office Address 219 FEDERAL BUILDING AND U.S. COURTHOUSE DETROIT, MICHIGAN 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 20 10 23 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AMERICAN INTL GROUP | B | Div | M | T | PART SALE | 10/26 | L | E | |
| 2. AMERICAN INTERNATIONL GROUP | | None | | | PART DONATIO | VAR | M | | |
| 3. BRISTOL MYERS SQUIBB | D | Div | M | T | PART DONATIO | 11/9 | L | | |
| 4. INTEL CORP | B | Div | N | T | | | | | |
| 5. GILLETE COMPANY | B | Dividend | M | T | PART DONATIO | 11/9 | J | | |
| 6. ROYAL DUTCH PETROLEUM | D | Div | M | T | PART DONATIO | 11/9 | M | | |
| 7. SCHLUMBERGER, LTD. | C | Div | M | T | | | | | |
| 8. MERCK & CO. | D | Div | | | DONATED | 11/9 | M | | |
| 9. INTERPUBLIC GROUP | | None | M | T | | | | | |
| 10. SIGMA ALDRICH CORP. | B | Dividend | M | T | | | | | |
| 11. HJ HEINZ COMPANY | C | Dividend | M | T | | | | | |
| 12. KIMBERLY CLARK | D | Dividend | M | T | PART DONATIO | 11/9 | M | | |
| 13. WALT DISNEY CO. | A | Dividend | L | T | | | | | |
| 14. QUALCOMM INC | A | Dividend | M | T | | | | | |
| 15. GE | B | Dividend | L | T | | | | | |
| 16. AMERICAN EXPRESS CORP | A | Dividend | L | T | | | | | |
| 17. ORACLE CORP | | None | K | T | | | | | |
| 18. SUN MICROSYSTEMS | | None | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | COHN, AVERN L | 04/30/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. | CITIGROUP INC. | C | Dividend | M | T | BUY | 10/21 | K | | |
| 20. | TIME WARNER INC | - | None | L | T | | | | | |
| 21. | BOEING | B | Dividend | L | T | | | | | |
| 22. | ARCHER DANIELS MIDLAND | A | Dividend | L | T | | | | | |
| 23. | JDS UNIPAHSE | | None | K | T | | | | | |
| 24. | RAYTHEON NEW | B | Dividend | L | T | | | | | |
| 25. | LIBERTY MEDIA A | | None | L | T | | | | | |
| 26. | JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 27. | COCA COLA CO. | B | Dividend | L | T | | | | | |
| 28. | EMC CORP MA | | None | L | T | | | | | |
| 29. | MEDTRONICS, INC. | A | Dividend | L | T | | | | | |
| 30. | COX COMMUNICATIONS | | None | K | T | | | | | |
| 31. | INTERNATIONAL PAPER | B | Dividend | L | T | | | | | |
| 32. | PEPSICO | A | Dividend | L | T | | | | | |
| 33. | LOCKHEED MARTIN | A | Dividend | L | T | | | | | |
| 34. | GEMSTAR TV GUIDE INTL INC. | | None | J | T | | | | | |
| 35. | ONE GRP HIGH YIELD BOND FUND | E | Dividend | N | T | | | | | |
| 36. | ISHARES TR RUSSELL 2000 VALUE INDEX FUND | B | Dividend | M | T | BUY | 10/21 | M | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. ISHARES TR MSCI EAFE INX FD | D | Dividend | N | T | BUY | VAR | M | | |
| 38. ISHARES TR S&P MIDCAP 400/BARRA VAL | A | Dividend | M | T | | | | | |
| 39. ISHARES S&P MIDCAP 400/BARRA GR IDX | A | Dividend | M | T | | | | | |
| 40. BAXTER INTL | B | Dividend | L | T | | | | | |
| 41. BAXTER INTL CORP UNIT 7% | C | Dividend | L | T | | | | | |
| 42. MICROSOFT CORP | D | Dividend | L | T | BUY | 10/21 | L | | |
| 43. SAFEWAY INC | | None | K | T | | | | | |
| 44. NORTHFORK BANCORP | B | Dividend | K | T | | | | | |
| 45. WASHINGTON MUTUAL INC | B | Dividend | K | T | | | | | |
| 46. WACHOVIA CORP | B | Dividend | L | T | | | | | |
| 47. NORTHROP GRUMMAN PFD 7.25% | C | Dividend | L | T | | | | | |
| 48. AMGEN INC | | None | L | T | | | | | |
| 49. PFIZER | B | Dividend | L | T | | | | | |
| 50. CUMMINS INC | B | Dividend | L | T | | | | | |
| 51. EMCOR GROUP INC. | | None | L | T | BUY | 4/16 | K | | |
| 52. SPX CORP | A | Dividend | K | T | BUY | 4/16 | K | | |
| 53. KINDER MORGAN INC KANS | B | Dividend | L | T | BUY | 4/16 | K | | |
| 54. VIACOM INC | A | Dividend | K | T | BUY | 4/16 | K | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. PRAXAIR INC | A | Dividend | K | T | BUY | 4/16 | K | | |
| 56. LUBRIZOL INC | B | Dividend | L | T | BUY | 4/16 | L | | |
| 57. ISHARES TR NSCI EMERGING MKTS INDX FUND | B | Dividend | M | T | BUY | 4/16/ | M | | |
| 58. ISHARES RUSSELL 2000 GROWTH INDX FUND | A | Dividend | M | T | BUY | 10/12 | M | | |
| 59. CENTURYTEL INC | C | Dividend | L | T | BUY | 4/16 | K | | |
| 60. CHUBB CORP | C | Dividend | L | T | BUY | 4/16 | L | | |
| 61. 3M CO | A | Dividend | K | T | BUY | 4/16/ | K | | |
| 62. DOMINION RES INC | B | Dividend | L | T | BUY | 4/16 | L | | |
| 63. LIBERTY MEDIA INTL | | None | J | T | SPINOFF | 6/10 | J | | |
| 64. NEENAH PAPER | | None | J | T | SPINOFF | 12/6 | J | | |
| 65. ONE GROUP MUN M/M FUND | | None | | | SALE | VAR | P1 | A | |
| 66. ONE GROUP MI MUN BOND FUND | D | Dividend | P1 | T | BUY | VAR | P1 | | |
| 67. ONE GROUP MI MUN BOND FUND | | None | | | SALE | VAR | P1 | A | |
| 68. BANK & TR PR CTF DEP | C | Interest | L | T | | | | | |
| 69. CNL BK CTF OF DEP | C | Interest | L | T | | | | | |
| 70. COASTAL FED BK CTF OF DEP | C | Interest | L | T | | | | | |
| 71. EQUITABLE FED SVGS BK CERT OF DEP | C | Interest | L | T | | | | | |
| 72. E*TRADE BK CERT OF DEP | C | Interest | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | COHN, AVERN L | 04/30/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. BELLEVILLE NORTH VENTURE | | None | M | U | | | | | |
| 74. HUNTINGTON GARDEN APTS. | E | Rent | L | U | | | | | |
| 75. HUNTINGTON GARDEN APTS. | A | Interest | | | | | | | |
| 76. LANCASTER HILLS APTS. CO. | A | Interest | M | U | | | | | |
| 77. LANCASTER HILLS APTS. CO. | F | Rent | | | | | | | |
| 78. LONG LAKE-TELEGRAPH RD. | D | Rent | J | U | | | | | |
| 79. FRANKEL-NODLEHS | | None | K | U | | | | | |
| 80. BLOOMFIELD VILLAGE SQUARE | B | Int | J | U | | | | | |
| 81. BLOOMFIELD VILLAGE SQUARE | G | Rent | | | | | | | |
| 82. FERRIS PARK TOWERS | E | Rent | L | U | | | | | |
| 83. FERRIS PARK TOWERS | A | Interest | | | | | | | |
| 84. BELLEVILLE NORTH MARSH VENTURE | C | Rent | L | U | | | | | |
| 85. DIXIE PROPERTIES | A | Interest | M | U | | | | | |
| 86. DIXIE PROPERTIES | D | Rent | | | | | | | |
| 87. BLOOMFIELD PLAZA, LLC | G | Rent | | | | | | | |
| 88. BLOOMFIELD PLAZA, LLC | C | Int | M | U | | | | | |
| 89. GGP LIMITED PARTNERSHIP | G | Rent | P1 | U | | | | | |
| 90. GGP LIMITED PARTNERSHIP | D | Interest | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. GGP LIMITED PARTNERSHIP | F | Dividend | | | | | | | |
| 92. AMY JOY VENTURE | A | None | J | U | | | | | |
| 93. EATON NURSERY SALES | E | Rent | K | U | | | | | |
| 94. WOODFORD APT. HOTEL CO. | C | Rent | K | U | | | | | |
| 95. GR MEADOWBROOK PROPERTIES, LLC | | None | | | | | | | FINAL IN 2004 |
| 96. NORTH HILL CENTER, LLC | F | Rent | L | U | | | | | |
| 97. BLOOMFIELD PLAZA II LLC | A | Interest | J | U | | | | | |
| 98. BLOOMFIELD PLAZA II LLC | F | Rent | | | | | | | |
| 99. HOLLY RESIDENTIAL LP | D | PART | | | | | | | FINAL IN 2004 |
| 100. THE THING ABOUT MEN LTD PART | A | Interest | J | U | | | | | |
| 101. BRANDON LONG LAKE LTD PART | | None | M | U | | | | | |
| 102. CEDAR SPRINGS, MI PUBLIC SCHOOLS | C | Interest | | | CALLED | 5/1 | M | B | |
| 103. LANSE CREUSE PUB SCHOOLS | C | Interest | | | MATURED | 5/1 | M | A | |
| 104. MI STATE HOSP FIN AUTH | D | Interest | | | MATURED | 7/1 | M | A | |
| 105. MARICOPA CO ARIZONA | D | Interest | M | T | | | | | |
| 106. GLOUCESTER MA GO | D | Interest | M | T | | | | | |
| 107. OAKLAND COUNTY MI | D | Interest | N | T | | | | | |
| 108. ALMA, MI PUB SCHOOLS | D | Interest | N | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. YPSILANTI, MI | D | Interest | M | T | | | | | |
| 110. WHITE CLOUD, MI | D | Interest | M | T | | | | | |
| 111. MI STATE TRUNK LINE HOSP FIN AUTH | C | Interest | | | MATURED | 6/1 | N | A | |
| 112. MUSKEGON HTS, MI | D | Interest | N | T | | | | | |
| 113. TECUMSEH, MI SCHOOLS | D | Interest | M | T | | | | | |
| 114. MANISTEE MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 115. LAKEVIEW MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 116. HURON MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 117. ELK RAPIDS, MI SCHOOLS BOND | C | Interest | M | T | | | | | |
| 118. GRAND RAPIDS & KENT CNTY, MI BOND | C | Interest | N | T | | | | | |
| 119. CANTON CHARTER TWP, MI BOND | C | Interest | | | MATURED | 10/1 | N | A | |
| 120. LAKE ORION, MI SCHOOLS BOND | C | Interest | N | T | | | | | |
| 121. BAD AXE MI SCHOOLS | A | Interest | N | T | BUY | 10/20 | N | | |
| 122. DAVISON MI | | None | M | T | BUY | 10/20 | M | | |
| 123. CONDOMINIUM-CHARLEVOIX,MI. | | None | M | W | | | | | |
| 124. SPOUSES HOLDINGS: | | None | | | | | | | |
| 125. SSGA TAX-FREE MM FUND | C | Dividend | L | T | BUY | VAR | L | | |
| 126. STATE STREET MM FUND | A | Dividend | J | T | BUY | VAR | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2) U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | COHN, AVERN L | 04/30/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. EXXON/MOBIL CORP | B | Dividend | K | T | SELL | VAR | L | E | |
| 128. GE | B | Dividend | L | T | BUY | VAR | J | | |
| 129. GE | | None | | | SELL | VAR | J | A | |
| 130. INTEL CORP | A | Div | M | T | SELL | VAR | K | E | |
| 131. SCHERING PLOUGH | A | Div | J | T | SELL | VAR | J | A | |
| 132. MICROSOFT | B | Dividend | K | T | BUY | VAR | J | | |
| 133. MICROSOFT | | None | | | SELL | VAR | K | A | |
| 134. AMERICAN INTL GRP | A | Dividend | | | SELL | VAR | J | A | |
| 135. IBM | A | Dividend | K | T | | | | | |
| 136. PFIZER | B | Dividend | K | T | SELL | VAR | L | F | |
| 137. VIACOM B | | None | | | SELL | VAR | K | A | |
| 138. WAL MART | A | Dividend | | | SELL | 6/14 | K | C | |
| 139. FLEETBOSTON FINANCIAL | | None | | | SELL | VAR | K | A | |
| 140. AT&T | | None | | | SELL | VAR | J | A | |
| 141. PROCTER & GAMBLE | A | Dividend | K | T | | | | | |
| 142. GILLETTE | A | Dividend | | | SELL | 5/10 | K | D | |
| 143. NY TIMES CLA | | None | | | SELL | VAR | K | A | |
| 144. HSBC HOLDINGS PLC | B | Dividend | L | T | BUY | VAR | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. HSBC HOLDINGS PLC | | None | | | SELL | VAR | K | C | |
| 146. WRIGLEY | | None | | | SELL | VAR | K | A | |
| 147. DELL | | None | K | T | BUY | VAR | K | | |
| 148. DELL | | None | | | SELL | VAR | J | A | |
| 149. WELLS FARGO | | None | | | SELL | VAR | J | A | |
| 150. ASTRA ZENECA PLC | | None | | | SELL | VAR | J | A | |
| 151. HERSHEY FOODS CORP | A | Dividend | L | T | BUY | VAR | J | | |
| 152. HERSHEY FOODS CORP | | None | | | SELL | VAR | J | A | |
| 153. 3M | A | Dividend | K | T | BUY | VAR | J | | |
| 154. 3M | | None | | | SELL | VAR | K | D | |
| 155. CATERPILLAR | A | Dividend | L | T | BUY | VAR | J | | |
| 156. CATERPILLAR | | None | | | SELL | VAR | K | D | |
| 157. HOUSEHOLD INTL | | None | | | SELL | VAR | J | A | |
| 158. LOCKHEED MARTIN | | None | | | SELL | VSR | K | A | |
| 159. AMGEN | | None | L | T | BUY | VAR | J | | |
| 160. AMGEN | | None | | | SELL | VAR | K | A | |
| 161. DIEBOLD | | None | | | SELL | VAR | K | A | |
| 162. EMC CORP | | None | J | T | BUY | VAR | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/05 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. EMC CORP | | None | | | SELL | VAR | J | A | |
| 164. JABIL CIRCUIT | | None | | | SELL | VAR | J | A | |
| 165. TEXAS INSTRUMENTS | | None | | | SELL | VAR | J | A | |
| 166. EI DUPONT | | None | | | SELL | VAR | J | A | |
| 167. STARBUCKS CORP | | None | K | T | BUY | VAR | K | | |
| 168. FEDEX | A | Dividend | K | T | BUY | VAR | J | | |
| 169. FEDEX | | None | | | SELL | VAR | J | A | |
| 170. TEVA PHARMACEUTICAL | A | Dividend | KL | T | BUY | VAR | J | | |
| 171. ADOBE SYSTEMS INC | A | Dividend | J | T | BUY | VAR | J | | |
| 172. ALCON | | None | K | T | BUY | VAR | K | | |
| 173. AMERICAN EXPRESS CO | A | Dividend | L | T | BUY | VAR | J | | |
| 174. ANHEUSER BUSCH CO | A | Dividend | L | T | BUY | VAR | L | | |
| 175. APPLE COMPUTER | | None | J | T | BUY | VAR | J | | |
| 176. BAKER HUGHES INC | | None | K | T | BUY | VAR | K | | |
| 177. BANK OF AMERICA | A | Dividend | K | T | BUY | VAR | K | | |
| 178. BP PLC | B | Dividend | L | T | BUY | VAR | L | | |
| 179. CINTAS CORP | | None | K | T | BUY | 12/20 | K | | |
| 180. CLOROX | A | Dividend | K | T | BUY | VAR | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | COHN, AVERN L | 04/30/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. | COCA COLA | A | Dividend | J | T | VAR | J | | | |
| 182. | COCA COLA | | None | | | SELL | VAR | K | A | |
| 183. | CONOCO PHILLIPS | A | Dividend | L | T | BUY | VAR | L | | |
| 184. | COSTCO WHOLESALE | A | Dividend | K | T | BUY | VAR | J | | |
| 185. | COSTCO WHOLESALE | | None | | | SELL | VAR | J | A | |
| 186. | EBAY | | None | K | T | BUY | VAR | K | | |
| 187. | ECOLAB INC | | None | L | T | BUY | VAR | K | | |
| 188. | FORD | B | Dividend | L | T | BUY | VAR | L | | |
| 189. | FORD | | None | | | SELL | VAR | K | D | |
| 190. | GENENTECH INC | | None | K | T | BUY | VAR | K | | |
| 191. | GILEAD SCIENCES INC | | None | | | BUY | VAR | K | | |
| 192. | GILEAD SCIENCES INC | | None | | | SELL | 3/22 | K | A | |
| 193. | GOOGLE INC-CL A | | None | J | T | BUY | VAR | J | | |
| 194. | GUIDANT CORP | A | Dividend | J | T | BUY | VAR | K | | |
| 195. | GUIDANT CORP | | None | | | SELL | 8/6 | J | A | |
| 196. | ILLINOIS TOOL WORKS | A | Dividend | L | T | BUY | VAR | L | | |
| 197. | INTUITIVE SURGICAL INC | | None | K | T | BUY | VAR | J | | |
| 198. | JM SMUCKER CO | A | Dividend | K | T | BUY | VAR | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. JOHNSON & JOHNSON | A | Dividend | L | T | BUY | VAR | L | | |
| 200. JOHNSON & JOHNSON | | None | | | SALE | 5/10 | J | A | |
| 201. KINETIC CONCEPTS | | None | K | T | BUY | 8/6 | K | | |
| 202. LEAR CORP | A | Dividend | K | T | BUY | VAR | J | | |
| 203. MASCO | A | Dividend | K | T | BUY | VAR | K | | |
| 204. MCGRAW HILL | A | Dividend | K | T | BUY | VAR | K | | |
| 205. MCGRAW HILL | | None | | | SELL VAR | J | A | | |
| 206. MEDTRONIC INC | A | Dividend | K | T | BUY | J | | | |
| 207. MEDTRONIC INC | | None | | | SELL | 5/26 | K | A | |
| 208. MURPHY OIL CORP | A | Dividend | J | T | BUY | VAR | K | | |
| 209. NEWFIELD EXPLORATION | | None | K | T | BUY | VAR | K | | |
| 210. NEWS CORP LTD ADR | A | Dividend | K | T | BUY | 10/25 | K | | |
| 211. NIKE | | None | L | T | BUY | VAR | L | | |
| 212. ORACLE CORP | | None | K | T | BUY | VAR | K | | |
| 213. OSI PHARMACEUTICALS | | None | J | T | BUY | 6/9 | J | | |
| 214. OSKOSH TRUCK CORP CL B | A | Dividend | K | T | BUY | VAR | K | | |
| 215. OSKOSH TRUCK CORP CL B | | None | | | SELL | VAR | K | C | |
| 216. PHELPS DODGE | A | Dividend | L | T | BUY | VAR | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. PRAXAIR | A | Dividend | J | T | BUY | 7/26 | J | | |
| 218. QUALCOM | A | Dividend | K | T | BUY | VAR | K | | |
| 219. REGIONS FINANCIAL | | None | K | T | BUY | VAR | K | | |
| 220. SPRINT CORP | A | Dividend | K | T | BUY | VAR | K | | |
| 221. STEEL DYNAMICS INC | A | Dividend | K | T | BUY | VAR | K | | |
| 222. TARGET CORP | A | Dividend | K | T | BUY | VAR | K | | |
| 223. TIBCO SOFTWARE INC | | None | K | T | BUY | VAR | J | | |
| 224. TORCHMARK CORP | A | Dividend | K | T | BUY | VAR | K | | |
| 225. UNITED TECHNOLOGIES | A | Dividend | L | T | BUY | VAR | K | | |
| 226. VERIZON COMMUNICATIONS | B | Dividend | J | T | BUY | VAR | J | | |
| 227. VERIZON COMMUNICATIONS | | None | | | SELL | VAR | K | C | |
| 228. WHOLE FOODS INC | A | Dividend | K | T | BUY | VAR | J | | |
| 229. WHOLE FOODS INC | | None | | | SELL | VAR | J | A | |
| 230. WILLIAMS SONOMA | | None | K | T | BUY | VAR | J | | |
| 231. YUM! BRANDS INC | | None | K | T | BUY | VAR | K | | |
| 232. ZIMMER HOLDINGS INC | | None | K | T | BUY | VAR | K | | |
| 233. WAYNE COUNTY, MI AIRPORT | C | Interest | | | MATURE D | 04 | L | A | |
| 234. ROMULUS, MI SCHOOLS | D | Interest | M | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. MI STATE TRUNK LINE | D | Interest | | | MATURED | 10/1 | M | A | |
| 236. MI MUN BOND AUTH | A | Interest | | | SELL | 11/24 | K | B | |
| 237. ANN ARBOR, MI DEV | A | Interest | K | T | | | | | |
| 238. MARQUETTE, MI PUBLIC SCHOOLS | A | Interest | | | SELL | 04 | L | A | |
| 239. HOWELL, MI PUBLIC SCHOOLS | | None | | | SELL | 04 | K | A | |
| 240. DEXTER MI SCHOOLS | | None | | | SELL | 04 | K | A | |
| 241. MI STATE BLDG AUTH | C | Interest | | | SELL | 5/24 | M | A | |
| 242. MI STATE BLDG AUTH | C | Interest | M | T | | | | | |
| 243. FERNDALE, MI SCHOOLS | B | Interest | K | T | | | | | |
| 244. CRAWFORD AUSABLE MI SCHOOLS | C | Interest | | | SELL | 5/24 | M | B | |
| 245. GREENVILLE MI SCHOOLS | B | Interest | | | MATURED | 04 | M | A | |
| 246. HOLT MI SCHOOLS | C | Interest | | | SELL | 5/24 | M | D | |
| 247. ROCHESTER MI SCHOOLS | D | Interest | M | T | | | | | |
| 248. LANSING, MI SCHOOLS | D | Interest | M | T | | | | | |
| 249. MI STATE GO | C | Interest | | | MATURED | 9/30 | M | A | |
| 250. DETROIT, MI WATER | A | Interest | | | SELL | 1/5 | J | A | |
| 251. MI STATE(PRERFD) | A | Interest | L | T | | | | | |
| 252. PUERTO RICO | | None | | | MATURED | 04 | M | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 253. MI STATE HOSP | B | Interest | L | T | | | | | |
| 254. DETROIT, MI SEWER | A | Interest | | | SELL | 11/24 | K | A | |
| 255. MI STATE GO | A | Interest | N | T | | | | | |
| 256. PUERTO RICO HWY | | None | | | MATURED | 04 | M | A | |
| 257. OXFORD, MI | C | Interest | L | T | | | | | |
| 258. ROCHESTER, MI CSP | D | Interest | N | T | | | | | |
| 259. UTICA, MI GO | D | Interest | | | SELL | 5/1 | N | A | |
| 260. MI STATE GO ENVIRON | C | Interest | | | SELL | 5/24 | M | A | |
| 261. BIRMINGHAM, MI-3% | D | Interest | N | T | BUY | VAR | N | | |
| 262. BIRMINGHAM, MI-4% | C | Interest | M | T | BUY | VAR | M | | |
| 263. CONNECTICUT ST | A | Interest | L | T | BUY | VAR | L | | |
| 264. KENT COUNTY MI GO | D | Interest | M | T | BUY | VAR | M | | |
| 265. MASS GO | A | Interest | M | T | BUY | VAR | M | | |
| 266. MI ST GO ULT | B | Interest | L | T | BUY | VAR | L | | |
| 267. MI ST GO ULT | E | Interest | O | T | BUY | VAR | N | | |
| 268. MI ST GO ULT SCHL LN | B | Interest | M | Y | BUY | VAR | M | | |
| 269. MI STATE TRUNK | B | Interest | L | T | BUY | VAR | L | | |
| 270. MINN ST GO | A | Interest | M | T | BUY | VAR | M | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 271. MINN ST GO | B | Interest | M | T | BUY | VAR | M | | |
| 272. OAKLAND CNTY MI BLDG AUTH | A | Interest | K | T | BUY | VAR | K | | |
| 273. OAKLAND CNTY MI LUEDERS | B | Interest | M | T | BUY | VAR | M | | |
| 274. OAKLAND CNTY MI ORCHARD | A | Interest | K | T | BUY | VAR | K | | |
| 275. PA STATE | A | Interest | M | T | BUY | VAR | M | | |
| 276. ROCHESTER MI GO | B | Interest | M | T | BUY | VAR | M | | |
| 277. TROY MI PUBLIC SAFETY | B | Interest | M | T | BUY | VAR | M | | |
| 278. WISCONSIN SCH DIST | A | Interest | L | T | BUY | VAR | L | | |
| 279. ARTSPACE, INC. | A | S-CORP | K | W | | | | | |
| 280. WASHTENAW CO | C | PART | J | U | | | | | |
| 281. COMMERCE CENTER BLDG | | None | J | U | | | | | |
| 282. TALLAHASSEE MALL PARTNERS, LTD. | A | PART | L | U | | | | | |
| 283. VICTORY VALLEY PART | C | PART | K | U | | | | | |
| 284. TPI/MFG INVESTORS LP | | None | K | U | | | | | |
| 285. CHICO MALL PARTNERS | A | PART | L | U | | | | | |
| 286. BROADWAY MALL PARTNERS | A | PART | L | U | | | | | |
| 287. SOUTH PARK PARTNERS | A | PART | L | U | | | | | |
| 288. MERCURY PAZA SHOPPING CENTER | A | PART | K | U | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. CG&A CENTRAL MALL | A | PART | K | U | BUY | 04 | K | | |
| 290. LPC ENTERPRISES | | None | J | U | BUY | 04 | J | | |
| 291. NEW MEXICO MALL PARTNERS | A | PART | L | U | BUY | 04 | K | | |
| 292. WESTGATE BROCKTON PARTNERS | A | PART | L | U | BUY | 04 | L | | |
| 293. 260 E BROWN ST ASSOC | | None | K | U | BUY | 04 | K | | |
| 294. WESTLAND CENTER PARTNERS | | None | K | U | BUY | 04 | K | | |
| 295. THE THING ABOUT MEN | A | Interest | J | U | | | | | SEE SECTION VIII |
| 296. LAYTON HILLS PARTNERS | | None | K | U | | | | | SEE SECTION VIII |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | COHN, AVERN L | 04/30/05 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

TWO PARTNERSHIP INTERESTS OWNED BY MRS. COHN WERE INADVERTANTLY OMITTED FROM PART VII OF THE 2003 REPORT; THEY WERE PURCHASED IN 2003.  THEY ARE THE THING ABOUT MEN AND LAYTON HILLS PARTNERS.  THEY ARE NOW INCLUDED IN PART VII.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/05 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

Date____5/6/05____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544